IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BROWN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CCORRECTIONAL OFFICER<br>T. MORTON, et al.,<br><br>    Defendants.<br>_____/ | 1:05-CV-0253 OWW WMW P<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>Document No. 9) |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

      On November 4, 2005, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case, IT IS HEREBY ORDERED THAT petitioner's application of November 4, 2005, is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   January 24, 2006**             **/s/ William M. Wunderlich**
j14hj0                                             UNITED STATES MAGISTRATE JUDGE