1

2

3                      IN THE UNITED STATES DISTRICT COURT

4                   FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11    CLARENCE BROWN,

12            Plaintiff,                    1: 05 CV F 0253 OWW WMW P

13       vs.                                ORDER DISMISSING ACTION
                                            WITHOUT PREJUDICE
14

15    C/O T. MORTON, et al.,

16
              Defendants.
17

18        The court having received a suggestion of death, and no response having been filed to the

19    order dated July 31, 2008;

20        This matter is ordered dismissed without prejudice.

21            IT IS SO ORDERED.

22    **Dated:    January 29, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

                                              1